IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| VIRGINIA MOORE,<br><br>      Plaintiff,<br><br>   v.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>      Defendant. | CIVIL ACTION NO.: 6:20-cv-71 |

**O R D E R**

On December 17, 2020, after being advised by the parties that all claims in the case had settled, the Court administratively closed the above-captioned case but provided the parties a forty-five day period to present, at their option, a dismissal judgment pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of the settlement, so the Court could retain jurisdiction to enforce the agreement. (Doc. 15.) Plaintiff has since filed a Stipulation of Dismissal with Prejudice, in which she advises that all parties who have appeared in the action stipulate to the dismissal of the action with prejudice as part of the settlement agreement reached by them. (Doc. 16.) According, the Court **DIRECTS** the Clerk of Court to **REOPEN** this action, **DISMISSES WITH PREJUDICE** all claims asserted in the case, and **DIRECTS** the Clerk of Court to **CLOSE** this case.

      **SO ORDERED**, this 8th day of January, 2021.

_/s/ R. Stan Baker_
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA